164 So. 924

**Charlie RUTHERFORD v. STATE.**

8 Div. 297.

Court of Appeals of Alabama.

Dec. 17, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

165 So. 922

**H. J. SALSER v. STATE.**

7 Div. 128.

Court of Appeals of Alabama.
Jan. 21, 1936.

BRICKEN, Presiding Judge.
Affirmed.

173 So. 924

**Monroe SAMPLES v. STATE.**

7 Div. 219.

Court of Appeals of Alabama.
March 16, 1937.

McCord & McCord, of Gadsden, for appellant.

A. A. Carmichael, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed

174 So. 905

**Moody SAMPLES and Curtis Samples v. STATE.**

8 Div. 542.

Court of Appeals of Alabama.

May 25, 1937.

RICE, Judge.
Affirmed.

165 So. 922

**Kirk SANDERS v. STATE.**

4 Div. 192.

Court of Appeals of Alabama.
Nov. 19, 1935.

Rehearing Denied Jan. 4, 1936.

Mooneyham & Mooneyham, of Montgomery, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

174 So. 905

**Homer SANDERSON v. STATE.**

8 Div. 479.

Court of Appeals of Alabama.

May 25, 1937.

SAMFORD, Judge.
Appeal dismissed.